**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN TOLEDO<br><br>        Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES and DOES 1-100, Inclusive,<br><br>        Defendant(s) | CASE NO.: CV12-8732 SVW (VBKx)<br><br>**Assigned to: Honorable Stephen V. Wilson**<br>**Courtroom: 6 - 2nd Floor**<br><br>**Assigned to: Magistrate Victor B. Kenton**<br>**Courtroom: Roybal 590**<br><br>**ORDER RE DISMISSAL** |

The parties having so stipulated, Fed. R. Civ. P. 41(a)(1), and good cause appearing, it is hereby ordered, decreed and adjudged that the plaintiff's complaint be dismissed with prejudice.

Dated: August 15, 2013

*[signature]*

HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

1