**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN TOLEDO<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CITY OF LOS ANGELES and<br>DOES 1-100, Inclusive,<br><br>　　　　　Defendant(s) | CASE NO.: CV12-8732 SVW (VBKx)<br><br>**Assigned to: Honorable Stephen V. Wilson**<br>**Courtroom: 6 - 2nd Floor**<br><br>**Assigned to: Magistrate Victor B. Kenton**<br>**Courtroom: Roybal 590**<br><br>**ORDER RE DISMISSAL** |

　　　The parties having so stipulated, Fed. R. Civ. P. 41(a)(1), and good cause appearing, it is hereby ordered, decreed and adjudged that the plaintiff's complaint be dismissed with prejudice.

Dated: August 15, 2013

　　　　　　　　　　　　　　　　　　　　　*/s/ Stephen V. Wilson*

　　　　　　　　　　　　　　　　　　　　　HONORABLE STEPHEN V. WILSON
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1